IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CALVIN D. ADAMS                                              PLAINTIFF

vs.                          Civil No. 4:07-cv-04030

MICHAEL J. ASTRUE                                    DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 20th day of December, 2007, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                               /s/   Barry A. Bryant
                                                               Honorable Barry A. Bryant
                                                               United States Magistrate Judge